Dylan A. Eaton, ISB #7686
deaton@parsonsbehle.com
PARSONS BEHLE & LATIMER
800 W. Main Street, Suite 1300
Boise, Idaho 83702
Telephone: (208) 562-4900
Facsimile:  (208) 562-4901

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RLI CORP. a/s/o Jack E. Crans,<br><br>    Plaintiff,<br><br>vs.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY, a foreign corporation,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO.<br><br>[Formerly District Court of the Third Judicial District, Canyon County - Case No. CV14-18-07506]<br><br>**DEFENDANT THE GOODYEAR TIRE AND RUBBER COMPANY'S NOTICE OF REMOVAL** |

### NOTICE OF REMOVAL

Defendant The Goodyear Tire and Rubber Company ("Goodyear") hereby gives notice pursuant to 28 U.S.C. §1441 of the removal to this Court of the above-captioned action, formerly pending in the District Court of the Third Judicial District, County of Canyon, State of Idaho, as Case No. CV14-18-07506.  In support thereof, Goodyear states as follows:

1. On July 18, 2018, Plaintiff filed a Complaint in the Third Judicial District of the State of Idaho entitled *RLI Corp. a/s/o Jack E. Crans, v. The Goodyear Tire and Rubber*

*Company, a foreign corporation*, Case No. CV14-18-07506. Copies of the Summons and Complaint and the Notice of Service of Process are attached to the Declaration of Dylan A. Eaton ("Eaton Decl.") as Exhibits A and B, respectively.

2. Generally, this subrogation action involves allegations related to a single recreational vehicle ("RV") accident that occurred on July 19, 2016. According to the Complaint, Plaintiff RLI Corp.'s insured, Jack E. Crans ("Crans") was driving the RV on Interstate 15 near Idaho Falls, Idaho when the right front tire allegedly became disabled, causing the RV to crash and causing personal injuries and property damage.

3. Venue is proper in the District of Idaho, the district embracing the state court where the case was pending prior to removal. *See* 28 U.S.C. §1441(a).

4. Pursuant to 28 U.S.C. §1446(a), Goodyear attaches all the state court process, pleadings, and orders served upon it by Plaintiff, and, pursuant to Idaho Dist. Local Rule Civ. 81.1, submits concurrently with this Notice of Removal a copy of the entire state court record and the Register of Actions.

5. As more fully set forth below, this case is properly removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446 because Goodyear has satisfied the procedural requirements for removal and this Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332.

**BASIS FOR REMOVAL – DIVERSITY**

**I.   GOODYEAR HAS SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL.**

6. On July 18, 2018, Plaintiff filed a Complaint for subrogation in the Third Judicial District of the State of Idaho entitled *RLI Corp. a/s/o Jack E. Crans v. Goodyear Tire and Rubber Company, a foreign corporation*, Case No. CV14-18-07506. Plaintiff effected service on Goodyear on July 20, 2018. *See* "Eaton Decl." at Exhibits A and B.

7.      Accordingly, removal of this action is timely pursuant to 28 U.S.C. §1446(b) since this Notice was filed within 30 days of service.

## II.    DIVERSITY JURISDICTION EXISTS.

8.      Plaintiff RLI Corp. is a Delaware corporation with its principal place of business in Peoria, Illinois.  Eaton Decl. at Exhibits C and D.

9.      Although RLI Corp.'s insured, Jack E. Crans, is not a named plaintiff, he is alleged to be a resident of Canyon County, Idaho.  Complaint, ¶4.

10.     Defendant The Goodyear Tire and Rubber Company is alleged by Plaintiff to be "a foreign corporation."  Complaint, ¶5.  In fact, Goodyear is an Ohio corporation with its principal place of business in Akron, Ohio.  Declaration of Paula B. Christ at ¶3.

11.     Thus, under 28 U.S.C. §1332(a), there is complete diversity of citizenship between the parties to this action.

12.     To confer subject matter jurisdiction on this Court based on diversity of citizenship, the amount in controversy must exceed the sum or value of $75,000, exclusive of interest and costs.  28 U.S.C. §1332(a).

13.     The Complaint alleges unspecified damages for personal injury and property damage.  However, a demand made by Plaintiff RLI Corp. to Goodyear prior to filing the Complaint sought $242,147.44 in damages.  Eaton Decl. at Exhibit E.  Plaintiff's demand letter is sufficient evidence to establish that the amount in controversy exceeds $75,000.  *See Ruyle v. Safeco Ins. Co. of Am.*, 640 F.Supp. 2d 1262 (D.Id. 2009).

14.     Because the amount in controversy requirement is met here, and, as shown above, there is complete diversity of citizenship between the parties, removal of this case to this Court is appropriate under 28 U.S.C. § 1441(b).

15. This Notice of Removal is submitted in lieu of filing a response in the Third Judicial District, County of Canyon, State of Idaho, under the Idaho Rules of Civil Procedure.

16. Pursuant to 28 U.S.C. §1446(d), Goodyear will promptly give notice of removal to the Clerk of the Third Judicial District Court as well as Plaintiff's counsel.

WHEREFORE, pursuant to 28 U.S.C. §1441, Goodyear respectfully removes to this Court in its entirety the above-referenced civil proceeding pending in District Court for the Third Judicial District, County of Canyon, State of Idaho, as Case No. CV14-18-07506, including all claims and causes of action therein.

DATED this 20th day of August, 2018.

PARSONS BEHLE & LATIMER

By  */s/ Dylan A. Eaton*
    Dylan A. Eaton
    Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of August, 2018, I caused to be served a true copy of the foregoing document, by the method indicated below, and addressed to each of the following:

| | |
|---|---|
| Louis V. Spiker<br>Janine P. Reynard<br>WORST, FITZGERALD & STOVER, PLLC<br>3858 N. Garden Center Way, Suite 200<br>Boise, ID  83701<br>Phone: (208) 345-9100<br>Fax:  (208) 384-0442<br>*(Counsel for Plaintiffs)* | ☒ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☒ Telecopy<br>☐ Email |

          */s/ Dylan A. Eaton*
          Dylan A. Eaton