Dylan A. Eaton, ISB #7686
deaton@parsonsbehle.com
PARSONS BEHLE & LATIMER
800 W. Main Street, Suite 1300
Boise, Idaho 83702
Telephone: (208) 562-4900
Facsimile: (208) 562-4901

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RLI CORP. a/s/o Jack E. Crans,<br><br>  Plaintiff,<br><br>vs.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY, a foreign corporation,<br><br>  Defendants. | CIVIL ACTION FILE<br><br>NO.<br><br>[Formerly District Court of the Third Judicial District, Canyon County - Case No. CV14-18-07506]<br><br>**DECLARATION OF PAULA B. CHRIST IN SUPPORT OF DEFENDANT GOODYEAR TIRE & RUBBER COMPANY'S NOTICE OF REMOVAL** |

## DECLARATION OF PAULA B. CHRIST

I, Paula B. Christ, declare:

1. I am more than eighteen years of age, and I am legally competent to make this declaration. I have personal knowledge of the facts set forth herein and can testify as to the truth of the statements contained herein if called upon as a witness to do so.

2. I am an Associate General Counsel for The Goodyear Tire & Rubber Company.

3. The Goodyear Tire & Rubber Company ("Goodyear") is an Ohio Corporation with its headquarters and principal place of business in Akron, Ohio. Akron is the location from which Goodyear management directs, controls, and coordinates the corporation's activities.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of August 2018, at Akron, Ohio.

_____
PAULA B. CHRIST

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of August, 2018, I caused to be served a true copy of the foregoing document, by the method indicated below, and addressed to each of the following:

| | |
|---|---|
| Louis V. Spiker<br>Janine P. Reynard<br>WORST, FITZGERALD & STOVER, PLLC<br>3858 N. Garden Center Way, Suite 200<br>Boise, ID  83701<br>Phone: (208) 345-9100<br>Fax:  (208) 384-0442<br>*(Counsel for Plaintiffs)* | ☒ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☒ Telecopy<br>☐ Email |

                                          */s/ Dylan A. Eaton*
                                          Dylan A. Eaton